DICKINSON WRIGHT PLLC
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email:  CAlexander@dickinsonwright.com
Email:  KKleiman@dickinsonwright.com
*Attorneys for Defendant Bitrate Productions*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATUM GITLITZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> BITRATE PRODUCTIONS, a domestic corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case: 2:24-cv-01081-JAD-DJA <br><br> **ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** <br><br> **(Second Request)** |

Pursuant to Rules 6(b) and 16(b)(4) of the Federal Rules of Civil Procedure and LR 7-1, LR IA 6-1, 6-2, IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Tatum Gitlitz ("Plaintiff") and Defendant Bitrate Productions ("Defendant") (sometimes referred to collectively as the "Parties"), that the Parties consent to extend the deadline for Defendant to respond to Plaintiff's Complaint up to and including July 26, 2024.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /



1

1  This is the second stipulation for an extension of time to file a response to the Complaint. The Parties initially filed a first request on July 18, 2024, which was denied without prejudice because there was no demonstration of excusable neglect as is required under the relevant rules.

The Defendant's response was originally due on July 8, 2024. Although the Parties agreed to extend that deadline, the stipulation was not prepared, approved, or submitted to the Court prior to the expiration of that deadline due to Defendant's counsel's trial and travel schedule and subsequent technical difficulties on Defendant's counsel's end. Defendant is acting in good faith to review and analyze Plaintiff's allegations, and Plaintiff has agreed to give Defendant until July 26, 2024 to respond to the Complaint. Thus, granting this brief extension will not prejudice the Plaintiff or adversely impact efficient court administration. This extension is not sought for purposes of delay and is being requested to ensure that this matter be considered on its merits.

Dated this 19th day of July, 2024.

**MAIER GUTIERREZ & ASSOCIATES**

By: */s/ Danielle J. Barraza*
Jason R. Maier, Esq.
Nevada Bar No. 8557
Danielle J. Barraza, Esq.
Nevada Bar No. 13822
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff Tatum Gitlitz*

Dated this 19th day of July, 2024.

**DICKINSON WRIGHT PLLC**

By: */s/ Kerry E. Kleiman*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Kerry E. Kleiman, Esq.
Nevada Bar No. 14071
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
*Attorneys for Defendant Bitrate Productions*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED this  22nd  day of  July , 2024.

