UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Tatum Gitlitz,<br><br>      Plaintiff,<br><br>vs.<br><br>Bitrate Productions,<br><br>      Defendant. | Case No. 2:24-cv-01081-JAD-DJA<br><br>**ORDER EXEMPTING CASE FROM THE EARLY NEUTRAL EVALUATION CONFERENCE** |

   The Court recently granted Bitrate Productions' motion to compel arbitration, which stayed this case pending arbitration of the plaintiff's claims. ECF No. 16. This case had previously been assigned to the Early Neutral Evaluation ("ENE") program. See ECF No. 3. Now that this case is subject to arbitration and has been administratively closed, the Court finds that good cause exists to exempt this case from the ENE program should the case be re-opened after the conclusion of arbitration.

   IT IS ORDERED that:

   1. This case is EXEMPT from the Court's Early Neutral Evaluation program.

   2. The Clerk of Court is directed to REMOVE this case from the ENE program.

   IT IS SO ORDERED.

   DATED November 4, 2024.

                        _____
                        Hon. Maximiliano D. Couvillier III
                        United States Magistrate Judge